IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02056-REB-KLM

THOMAS EDWARD PEREZ, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

MATTHEW GOLD,
TODD GOLD, and
THE STREAMLINE, INC. EMPLOYEE SAVINGS TRUST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [#22] (the "Motion"). Plaintiffs seek an extension of the dispositive motions deadline from September 5, 2014, to October 6, 2014, in order to facilitate settlement discussions.

    IT IS HEREBY **ORDERED** that the Motion [#22] is **DENIED without prejudice**. Trial in this matter is set to begin on December 8, 2014. Although the Court encourages settlement negotiations whenever appropriate, an extension of the dispositive motions deadline to October 6, 2014, does not allow enough time for resolution of such motions after they are fully briefed and before trial. Absent a continuance of the trial, the Court will not extend the dispositive motions deadline at this time.

    Dated: August 22, 2014