**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02056-REB-KLM

THOMAS EDWARD PEREZ, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

MATTHEW GOLD,
TODD GOLD, and
THE STREAMLINE, INC. EMPLOYEE SAVINGS TRUST,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter before the court is a **Notice of Settlement** [#29][2] filed November 26, 2014. After reviewing the notice, the file, and the record, it is

    **ORDERED** as follows:

1. That the combined Final Pretrial Conference and Trial Preparation Conference set December 5, 2014, are **VACATED**;

2. That the trial to the court set to commence December 8, 2014, is **VACATED**; and

3. That **Plaintiffs'** [*sic*] **Motion for Summary Judgment** [#25] filed September 5, 2024, is denied as moot.

    Dated:      December 1, 2014.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.